No. 76–5344.  MOORE *v.* ILLINOIS.  C. A. 7th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 76–5416.  JONES *v.* HILDEBRANT ET AL.  Sup. Ct. Colo. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 76–308.  JOHNSON ET AL. *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 76–490.  LEHIGH & NEW ENGLAND RAILWAY CO. *v.* INTERSTATE COMMERCE COMMISSION ET AL.  C. A. 3d Cir. Certiorari denied.

No. 76–498.  KAPPELMANN ET UX. *v.* DELTA AIR LINES, INC., ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 76–518.  COOPER *v.* NEW YORK.  Sup. Ct. N. Y., New York County.  Certiorari denied.

No. 76–533.  EDWARDS *v.* TENNESSEE.  Sup. Ct. Tenn. Certiorari denied.

No. 76–580.  BRECKINRIDGE ET AL. *v.* RUMSFELD, SECRETARY OF DEFENSE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 76–593.  ROJAS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–600.  DRESKE *v.* HOLT, SHERIFF.  C. A. 5th Cir. Certiorari denied.

No. 76–604.  UNITED CONTRACTORS, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.